UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
MAR 14 2008
Mar 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Reginald Brewer

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Shriff Cook County

Dept of public Health

Cermak health services

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**08CV1540
JUDGE KENNELLY
MAG.JUDGE COX**

Case No:_____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

I. **Plaintiff(s):**

   A. Name: Reginald Brewer

   B. List all aliases: _____

   C. Prisoner identification number: 20070006761 7

   D. Place of present confinement: Cook County Jail

   E. Address: Po Box 089002 Chicago IL 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Sheriff Cook County

   Title: Boss over the Jail

   Place of Employment: Cook County Jail

   B. Defendant: Dept Public Health

   Title: John L. Wilhelm MD MPH

   Place of Employment: City of Chicago

   C. Defendant: Cermak Health Services

   Title: DR

   Place of Employment: Cook County Jail

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III.  List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A.  Name of case and docket number: 08C 0846 08C-1146

   B.  Approximate date of filing lawsuit: Feb-8-08

   C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: Reginald Brewer

   D.  List all defendants: Cermak Health Service Cook County Jail

   E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of IL

   F.  Name of judge to whom case was assigned: Cox

   G.  Basic claim made: Given medical help also got TB here was not given meds right win did git them, sway of penis

   H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): still pending

   I.  Approximate date of disposition: not sore

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

All Male pre-Trial detainees at the cook county Jail Intake subjected to the non-consensual insertion of a swab of the penis as part of Admission to the Jail now SHRIFF of cook county Jail has a DR staff Here at CCJ That Should Told him not Too Do This could come back on us you Drew Blood That was one it would rt you know what Their A STD Thin And only Thin would you swab the penis Too See what Type of STD it is This Not Right all All This was Done By The Same Man who Swab me in 98 This The county's liable Back Thin This Should have Been The Biges Sertement class Action in HORStY Their on damages Because Their was 2 on on call in Take creMell Healthy services did not stop him. All of This happen in A city of chicago county of cook l no other State Does This Testing out of the so why? Also no DR was call on Behalfe of the State

Also City of Chicago Richard J Daley Should Have Ben invied Too This Part & Also Dept. of public Health John L. Wilhelm, MD MPH commioner Also The wow who held offices Befor these people now. This goes Be in 70-30-60 years of Such of The penis was no it violations Right Secured by the Forth And Fourteenth Amendment to The constitution. ok you did back in 98 win Fist come I did not tell you Too did This Too men This show Yall Do what You wont too but This is not How it works This settlement should have Been Looks et again makes You wonder How Much Does The Dept of Health do And Just what Do They Do cause I Ben here 7 mounly And This country is a Back its nest. I P.U My G.R/ Evances The work in Div 10 Tell me she dont know what will Do on or who will give you a control nuber on it I will owe Befor did not git it Back I dont weed owe Case had Ben settlement But I opT I dont go Lows with Chicago went of handing This Thorw Summoney at them They will go it Should Have Ben 33

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

60 Million win agin The Chicago The city Should Be libe for money for damages investigate it's a cover up this is This what I want about The 3 defendent 75 Twenty five thousand dollars form Cook County Jail Also 75 Twenty Five Thousand Dept Public Health Also 75 twenty Five Thousand Dr of cermak Health Services This was not right Should Have Been Yest ago may yall go away with

VI. The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO why M Daley)

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __Mar__ day of __L__, 20 _8_

__Reginald Brewer__
(Signature of plaintiff or plaintiffs)

__Reginald Brewer__
(Print name)

__20070062617 Cook County Jail__
(I.D. Number)

__PO Box 089002__
__Chicago IL 60608__
(Address)

A Respuns to my Grievance swab of the penis I did to grievance I have not got nuthen one of them back the c.r.w. work told me that might not give you a corrnumm my grievannce is still pending why it on cook couny jail I did the paper work that have too do their jobs here its sit close to the dead line wich I down this 2 months.

I have liken 5 grievance that are awer and this consuead about my health locking thredtkenes me also spit in my faces I appeals it no awer the eshew was now and told me sum roug anwer it not my fult it on the cook county jail it was not thank right. I piad 4 my medcail record on Dec 20/07 I still do have them as of yet it mar-5-08 coo county jail they are try too mauce us look bad but they try cove up what they are doing win sad and done it mauce shriff look bad he dont have them jail in oeder all them law suite more thin ever fill cook county jail is a bank need too be clen up we we out sit soile woluer come in to cnedk behind the ones we have here. What can you do win you suff is not doing what they are supces too? You cant git them too hand out soap so you can wish your boyd and colthing with one burd of the week now div to down wash your coshing why not win this is medcain back have too be clean right? Do chase coshing but locne mounliy this not good for your livein yall have too slep in the shriff of cook county jail this grievance prosces is not working but I under stand more tiw your thukes it not too ment to help us! This still breath has miss us up as a men it in Brareaning a cru 7ell you the roug thin one we we dont know his nwa now this miss up the papur worr he did a lot of my paper work too the shriff is libe his suffe