UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



RECEIVED
MAR 14 2008
Mar 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Reginald Driver

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

SHRIFF Cook County
Dept of public Health
Cermak health servies

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV1540
JUDGE KENNELLY
MAG. JUDGE COX

Case No:_____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

✓   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
    U.S. Code (state, county, or municipal defendants)

____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
    28 SECTION 1331 U.S. Code (federal defendants)

____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

 A. Name: Reginald Brewer

 B. List all aliases: _____

 C. Prisoner identification number: 20070067617

 D. Place of present confinement: Cook County Jail

 E. Address: PO Box 089002 Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

 A. Defendant: Sheriff Cook County

  Title: Boss over the Jail

  Place of Employment: Cook County Jail

 B. Defendant: Dept Public Health

  Title: John L. Wilhelm MD MPH

  Place of Employment: City of Chicago

 C. Defendant: Cermak Health Services

  Title: OU

  Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A. Name of case and docket number: 08C 0846 08C-1146

   B. Approximate date of filing lawsuit: Feb-8-08

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Reginald Brewer

   D. List all defendants: Cermak Health Service Cook County Jail

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of IL

   F. Name of judge to whom case was assigned: Cox

   G. Basic claim made: Divine medical help also got TB here was not given meds right win did git them swab of penis

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): still pending

   I. Approximate date of disposition: not sure

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

All Male pre-Trial detainees at the cook county Jail Intake subjected to the non-consensual insertion of a swab of the penis as part of Admission to the Jail Now SHRIFF of cook county Jail has a DR staff Here at CCJ That should Told him not Too Do This could come Back on us you are a Blood That was cut it would rt you know what There A STD Thin And only Thin would you swab the penis Too see what Type of STD it is This Not Right at all All This was done by the Same man who Swab me in 98 This the county's liable Back Thin This should have Ben The Biges Sertement class Action in HoRsty There an damages Because There was 2 DR on Call in Take cermen Healthy services Did not stop him. All of This happen in A city of chicago county of cook l no other state Does This Trating out of The so why? Also no DR was call on Behalfe of the State

Also City of Chicago Richard J Daley should have Ben invied too this part. Also Dept. of public Health John L. Wilson, MD MPH commissioner Also the won who held offices befor these people now. This goes be in 70-30-60 years of swab of the penis we no it violations Right secured by the fourth And fourteenth Amendment to the constitution ok you did back in 98 win fist come I did Not tell you too did this too me this show ya'll do what you want too but this is not how it works this settlement should have been looks at again makes you wonder How much does the Dept of Health in And just what Do they do cause I Ben here 7 mounth And this country is a back its need. If I my cal Evans the work in did to tell me she don't know what will do on or what will give you a control nuber on it I fill out befor did not git it back. I don't need own case had ben Settlement but I opt I don't go alons with Chicago want of handing this throw summons at them their will go it should have ben 33

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

60 Million win again The Chicago The city Should Be lible for Money damages investigate it's a cover up this as This's what I want about The 3 defendent IS Twenty Five thousand dollars form Cook County Jail Also 75 Thounty Thousand Dept Public Health Also 75 twenty Five Thousand DR of cermark Health Services This was not right Should Have Been year ago may yall go away with

VI.  The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO why M Daley)

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___May___ day of ___L___, 20_8_

___Reginald Brewer___
(Signature of plaintiff or plaintiffs)

___Reginald Brewer___
(Print name)

___20070062617 Cook County Jail___
(I.D. Number)

___Po Box 089002___
___Chicago IL 60608___
(Address)

A Respuns to my GRIEVANCE swab of the penis I did to grievance I have not got nuthin one of them Buck the cnkw. work told me that might not give you a CORRNUm my GRIEVANNCE is still pending why it on cookcounty Jail I did the paper work that have too do their Jobs Here it's sit close to the Dead Line wich I down this 2 Mounts

I have like 5 GRIEVANCE that are Awer And this consuead About my Health Looking tired tickned me Also spit in my Faces I Appeals it no Awer the Eshiw was naw And told me sum Roug anwer it not my Jolt it on the Cook county Jail it was not Thank Right. I piad 4 my medcail Record on Dec 20/07 I Still Do Have Them as of yet it Mar-5-08 Coo county Jail they are Tnt too malice us look Bad but they Tcy cove up what they are doing win Sad And Done it make SHRIFF look bad. He dont Have them Jail in order All them law Suite MORE than ever Jill Cook county Jail is a Bank Need too be clen up we we out sit soile worker come in to check behind the ones we Have Here what can you Do win you suff is not Doing what they are supes too? You cant git them too Hand out Sonp so you can wish your body And colthing with one bund of the week now Div lo Down wash your colthing why not win this is medcail Dack have too be clen Right! Do chase Collthing But locne Mounity this not good for your Livein yall have too slep in the SHIRFF of cook county Jail this GRIEVANCE prosces is not woking but I under stand more thin your thcke if not too ment to help us! this stip Beaith has miss us up as a men it in Brakening cRew Jail for the Roug thing one we He dowt know him nwd now this miss up the paper work He Did a lot of my paper work too the shiff is libe his suffe