# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | MATTHEW F. KENNELLY | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1540 | **DATE** | July 8, 2008 |
| **CASE TITLE** | Reginald Brewer (#2007-0062617) vs. Sheriff of Cook County, et al. | | |

**DOCKET ENTRY TEXT:**

By Minute Order of May 27, 2008, the Court granted Plaintiff's motion for leave to proceed *in forma pauperis* but ordered him to show good cause in writing why the complaint should not be dismissed as untimely. Plaintiff was forewarned that failure to show cause within thirty days would result in summary dismissal of this action on preliminary review pursuant to 28 U.S.C. § § 1915(e)(2)(B) and 1915A. Nevertheless, over thirty days have elapsed and Plaintiff has failed to respond to the Court's Order. The Court concludes that Plaintiff's claims are barred by the applicable statute of limitations. Accordingly, this action is dismissed. This dismissal counts as one of Plaintiff's three allotted dismissals under 28 U.S.C. § 1915(g).

Docketing to mail notices.

mjm