AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| Brewer | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 1540 |
| Sheriff of Cook County | |

☐   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■   Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed.  This dismissal counts as one of plaintiff's three allotted dismissals under 28 U.S.C. §1915(g).

Michael W. Dobbins, Clerk of Court

Date: 7/8/2008

_____

/s/ Olga Rouse, Deputy Clerk